MILLER NASH LLP  
Michael Porter, WSB No. 37339  
605 5th Ave S, Ste 900  
Seattle, WA 98104  
Telephone: 206.624.8300  
mike.porter@millernash.com

The Honorable Thomas O. Rice

Attorney for Defendant

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, a New Mexico Resident,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE BOARD OF TRUSTEES OF WHITMAN COLLEGE, a Washington Not for Profit Corporation,<br><br>　　　　Defendant. | Case No. 4:23-cv-05136-TOR<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Defendant Board of Trustees of Whitman College dba Whitman College ("Whitman") by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses that it is a not-for-profit corporation. Whitman has no parent corporation nor does any publicly held corporation hold an ownership interest in Whitman.

///

///

RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 1
(Case No. 4:23-cv-05136-TOR)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

DATED: October 17, 2023.

By *s/Michael Porter*
Michael Porter, WSB No. 37339
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone:  206.624.8300
mike.porter@millernash.com

Attorney for Defendant

RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 2
(Case No. 4:23-cv-05136-TOR)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kammi Mencke Smith, WSBA #34911
Witherspoon Brajcich McPhee, PLLC
601 W Main Ave, Ste 1400
Spokane, WA 99201
Telephone: 509.455.9077
Email: ksmith@workwith.com

Attorney for Plaintiff

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Signed this October 17, 2023.

*s/ Elizabeth Pitman*
Elizabeth Pitman, Legal Assistant
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300
Elizabeth.pitman@millernash.com

4884-1603-7000.1

CERTIFICATE OF SERVICE - 1
(Case No. 4:23-cv-05136-TOR)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104