UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, a New Mexico Resident,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES WHITMAN COLLEGE, a Washington Not for Profit Corporation,<br><br>Defendants. | NO. 4:23-CV-5136-TOR<br><br>ORDER TO PROCEED USING PSEUDONYM |

  BEFORE THE COURT is Plaintiffs' Motion to Proceed under a Pseudonym and for a Protective Order.  ECF No. 9.  This matter was submitted for consideration without oral argument.  Defendant has filed no response.  For good cause shown and lack of prejudice to the opposing party or to the public's interest, Plaintiffs' motion is granted.

  Plaintiff indicates that he will disclose his identity to the Court and to the Defendant upon request.  Plaintiff requests the Court order that his identity remain confidential in all the public filings and exhibits filed in this case.

ORDER TO PROCEED USING PSEUDONYM ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Proceed under a Pseudonym and for a Protective Order, ECF No. 9, is **GRANTED**.

2. Plaintiff is allowed to proceed using a pseudonym rather than his legal name. Plaintiff will be referred to as John Doe in all pleading and exhibits filed on the public docket.

3. Plaintiff shall be allowed to endorse documents related to this litigation using his pseudonym, as noted above.

4. No party, interested party or intervenor, shall publicly disclose the Plaintiff's name or personal identifying information.

5. In all proceedings held before this Court, including trial, all counsel, witnesses and court personnel present shall refer to Plaintiff according to his pseudonym.

6. The Court reserves the right to revoke this order partially or in full upon further briefing and necessity.

The District Court Executive is directed to enter this Order and furnish copies to all counsel of record.

DATED November 20, 2023.



THOMAS O. RICE
United States District Judge

ORDER TO PROCEED USING PSEUDONYM ~ 2