Matthew Z. Crotty, WSBA 39284
RIVERSIDE NW LAW GROUP, PLLC
905 W. Riverside Ave. Ste. 208
Spokane, WA  99201
Telephone:  (509) 850-7011
Email: mzc@riverside-law.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF WHITMAN COLLEGE,<br><br>          Defendant. | NO.  4:23-cv-05136-TOR<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT;

AND TO: DEFENDANT AND ITS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Matthew Z. Crotty of Riverside NW Law Group, PLLC, hereby appears on behalf of the Plaintiff in the above-captioned matter and requests that he be served with all Court notices and electronic filings.

NOTICE OF APPEARANCE: 1

1    DATED this 20th day of November, 2023.

2                               RIVERSIDE NW LAW GROUP, PLLC

3

4                               By/s/ *Matthew Z. Crotty*
                                    Matthew Z. Crotty, WSBA 39284
5                                   905 W. Riverside Ave. Ste. 208
                                   Spokane, WA 99201
6                                   Telephone: (509)850-7011
                                   Email: mzc@riverside-law.com

7                              *Attorneys for Plaintiff*

NOTICE OF APPEARANCE: 2

CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Dated this 20th day of November 2023.

RIVERSIDE NW LAW GROUP, PLLC

By/s/ *Matthew Z. Crotty*
    Matthew Z. Crotty, WSBA 39284
    905 W. Riverside Ave. Ste. 208
    Spokane, WA  99201
    Telephone: (509)850-7011
    Email: mzc@riverside-law.com

NOTICE OF APPEARANCE: 3