Kammi Mencke Smith, WSBA #34911
WITHERSPOON BRAJCICH MCPHEE, PLLC
601 W. Main Ave., Suite 1400
Spokane, WA 99201
Phone: (509) 455-9077
Fax: (509) 624-6441
Email: ksmith@workwith.com

Honorable Thomas O. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, a New Mexico Resident,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF WHITMAN COLLEGE, a Washington Not for Profit Corporation,<br><br>Defendants. | NO. 4:23-cv-05136-TOR<br><br>**NOTICE OF WITHDRAWAL OF KAMMI M. SMITH AS COUNSEL FOR JOHN DOE**<br><br>[CLERK'S ACTION REQUIRED] |

**TO:   CLERK OF THE COURT**

**AND TO:   ALL PARTIES AND THEIR COUNSEL**

NOTICE is hereby given that Kammi M. Smith, WSBA No. 34911, of the law firm of Witherspoon Brajcich McPhee, PLLC, hereby withdraws as counsel of

NOTICE OF WITHDRAWAL OF KAMMI M. SMITH AS COUNSEL FOR JOHN DOE- 1

WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

record for John Doe. This notice of withdrawal shall be effective at the time of filing.

DATED this 21st day of November, 2023.

WITHERSPOON BRAJCICH MCPHEE, PLLC

By: /s/ *Kammi M. Smith*
Kammi Mencke Smith, WSBA #34911
Email: ksmith@workwith.com

*Withdrawing Attorney for Plaintiff John Doe*

NOTICE OF WITHDRAWAL OF KAMMI M. SMITH AS COUNSEL FOR JOHN DOE- 2

WBM WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing *Notice of Withdrawal of Kammi M. Smith as Counsel for Plaintiff John Doe* through the Court's CM/ECF system on the 21st day of November 2023. Notification of this filing will be automatically sent to all counsel of record.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 21st day of November 2023.

*/s/ Kammi M. Smith*
Kammi M. Smith, WSBA #34911

NOTICE OF WITHDRAWAL OF KAMMI M. SMITH AS COUNSEL FOR JOHN DOE- 3

WBM | WITHERSPOON BRAJCICH MCPHEE
A PROFESSIONAL LIMITED LIABILITY COMPANY
601 West Main Avenue, Suite 1400
Spokane, Washington 99201-0677
Telephone: (509) 455-9077
Fax: (509) 624-6441